1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Chief, Civil Division
3  MONICA L. MILLER
   E-mail:  Monica.Miller@usdoj.gov
4  California Bar No: 157695
   Assistant United States Attorney
5  United States Attorney's Office
   300 North Los Angeles Street, Room 7516
6  Los Angeles, CA 90012
   Telephone:  (213) 894-4061
7
   RONALD J. TENPAS
8  Acting Assistant Attorney General
   Environmental & Natural Resources Division
9  STEVEN O'ROURKE
   E-mail: steve.o'rourke@usdoj.gov
10 Massachusetts Bar No.: 565493
   Environmental Enforcement Section
11 Environmental & Natural Resources Division
   United States Department of Justice
12 P.O. Box 7611, Washington, D.C. 20044-7611
   Telephone: (202) 514-2779
13 Attorneys for Plaintiff United States of America

14 EDMUND G. BROWN Jr.
   Attorney General of the State of California
15 TOM GREENE
   Chief Assistant Attorney General
16 THEODORA BERGER
   Senior Assistant Attorney General
17 DON ROBINSON
   Supervising Deputy Attorney General
18 ANN RUSHTON State Bar No.  62597
   E-mail: Ann.Rushton@doj.ca.gov
19 Deputy Attorney General
   300 South Spring Street, Suite 1702
20 Los Angeles, CA 90013
   Telephone: (213) 897-2608; Fax: (213) 897-2802
21 Attorneys for Plaintiff Department of Toxic Substances Control

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

24 UNITED STATES OF AMERICA and
   CALIFORNIA  DEPARTMENT OF
25 TOXIC SUBSTANCES CONTROL,

          Plaintiffs,
26
        v.
27
   ABERCROMBIE, et al.,
28
          Defendants.

)
)  CIV. NO. :  CV07-06870 ABC (FFMx)
)
)
)
)  **CONSENT DECREE**
)
)
)
)
)
)

# I. **BACKGROUND**

A.  The United States of America ("United States"), on behalf of the Administrator of the United States Environmental Protection Agency ("EPA"), and the California Department of Toxic Substances Control ("Department"), filed a complaint in this matter pursuant to Section(s) 106 and 107 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U.S.C. § § 9606 and 9607, as amended ("CERCLA"), seeking injunctive relief and reimbursement of response costs incurred or to be incurred for response actions taken or to be taken at or in connection with the release or threatened release of hazardous substances at the South El Monte Operable Unit of the San Gabriel Valley Area 1 Superfund Site in South El Monte, Los Angeles County, California (the "Site").

B.  The defendants that have entered into this Consent Decree ("Settling Defendants") do not admit any liability to Plaintiffs arising out of the transactions or occurrences alleged in the complaint.

C.  The United States has reviewed the Financial Information submitted by Settling Defendants to determine whether Settling Defendants are financially able to pay response costs incurred and to be incurred at the Site.  Based upon this Financial Information, the United States has determined that Settling Defendants are able to pay the amounts referenced in Section VI and set out in Appendix A.

D.  The United States, the Department, and Settling Defendants agree, and this Court by entering this Consent Decree finds, that this Consent Decree has been negotiated by the Parties in good faith, that settlement of this matter will avoid prolonged and complicated litigation between the Parties, and that this Consent Decree is fair, reasonable, and in the public interest.

THEREFORE, with the consent of the Parties to this Decree, it is ORDERED, ADJUDGED, AND DECREED:

## II. JURISDICTION

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1345 and 42 U.S.C. §§ 9606, 9607 and 9613(b) and also has personal jurisdiction over Settling Defendants. Settling Defendants consent to and shall not challenge entry of this Consent Decree or this Court's jurisdiction to enter and enforce this Consent Decree.

## III. PARTIES BOUND

2. This Consent Decree is binding upon the United States and the Department, and upon Settling Defendants and their heirs, successors and assigns. Any changes in ownership or corporate or other legal status, including, but not limited to, any transfers of assets or real or personal property, shall in no way alter the status or responsibilities of Settling Defendants under this Consent Decree.

## IV. DEFINITIONS

3. Unless otherwise expressly provided herein, terms used in this Consent Decree which are defined in CERCLA or in regulations promulgated under CERCLA shall have the meaning assigned to them in CERCLA or in such regulations. Whenever terms listed below are used in this Consent Decree or in any appendix attached hereto, the following definitions shall apply:

a. "CERCLA" shall mean the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended, 42 U.S.C. § 9601, *et seq.*

b. "Consent Decree" shall mean this Consent Decree and all appendices attached hereto. In the event of conflict between this Consent Decree and any appendix, this Consent Decree shall control.

c. "Day" shall mean a calendar day. In computing any period of time under this Consent Decree, where the last day would fall on a Saturday, Sunday, or federal holiday, the period shall run until the close of business of the next working day.

d. "Department" shall mean the California Department of Toxic

1    Substances Control and any successor departments, agencies, or instrumentalities

2         e. "DOJ" shall mean the United States Department of Justice and any

3    successor departments, agencies or instrumentalities of the United States.

4         f. "EPA" shall mean the United States Environmental Protection

5    Agency and any successor departments, agencies or instrumentalities of the United

6    States.

7         g. "EPA Hazardous Substance Superfund" shall mean the Hazardous

8    Substance Superfund established by the Internal Revenue Code, 26 U.S.C. § 9507.

9         h. "Financial Information" shall mean those financial documents

10   submitted by Settling Defendants in support of their applications for settlements of

11   the claims of the United States and the Department based on Ability to Pay.

12        i. "Interest" shall mean interest at the rate specified for interest on

13   investments of the EPA Hazardous Substance Superfund established by 26 U.S.C.

14   § 9507, compounded annually on October 1 of each year, in accordance with 42

15   U.S.C. § 9607(a).  The applicable rate of interest shall be the rate in effect at the

16   time the interest accrues.  The rate of interest is subject to change on October 1 of

17   each year.

18        j. "Paragraph" shall mean a portion of this Consent Decree identified

19   by an Arabic numeral or an upper or lower case letter.

20        k. "Parties" shall mean the United States, the Department, and the

21   Settling Defendants.

22        l. "Plaintiffs" shall mean the United States and the Department.

23        m. "RCRA" shall mean the Solid Waste Disposal Act, 42 U.S.C. §

24   6901, *et seq.* (also known as the Resource Conservation and Recovery Act).

25        n. "Section" shall mean a portion of this Consent Decree identified

26   by a Roman numeral.

27        o. "Settling Defendants" shall mean those parties listed in Appendix

28   A to this Consent Decree.

p. "Site" shall mean the South El Monte Operable Unit of the San Gabriel Valley Area 1 Superfund site located in South El Monte, Los Angeles County, California.

q. "United States" shall mean the United States of America, including its departments, agencies and instrumentalities.

## V. **STATEMENT OF PURPOSE**

4. By entering into this Consent Decree, the mutual objective of the Parties is for Settling Defendants to make cash payments as set out in Appendix A to address their liability for the Site as provided in the Covenant Not to Sue by Plaintiffs in Section VIII, and subject to the Reservations of Rights by Plaintiffs in Section IX.

## VI. **PAYMENT OF RESPONSE COSTS**

5. A. Within 30 days of entry of this Consent Decree, Settling Defendants listed in Part One of Appendix A to this Consent Decree shall pay to the EPA the amounts set forth therein.

B. Settling Defendants listed in Part Two of Appendix A to this Consent Decree shall pay to the EPA the amounts, including Interest, at the times set forth therein.

6. A. Payments above $10,000.00 shall be made by FedWire Electronic Funds Transfer ("EFT") to the U.S. Department of Justice account in accordance with current EFT procedures, referencing the EPA Region and Site Spill ID Number 094X, and DOJ Case Number 90-11-2-354/5. Payment[s] shall be made in accordance with instructions provided to Settling Defendants by the Financial Litigation Unit of the U.S. Attorney's Office in the Central District of California following lodging of the Consent Decree. Any payment received by the

1   Department of Justice after 4:00 p.m. Eastern Time shall be credited on the next

2   business day.

3          B. Payments less than $10,000.00 shall be made by certified or cashier's

4   check made payable to "U.S. E.P.A" referencing the name and address of the party

5   making payment, the EPA Region and Site Spill ID Number and DOJ Case

6   Number as indicated above.  Settling Defendants shall send each such check to:

7   EPA Hazardous Substances Superfund
    US EPA, Region9
8   Attn: Superfund Accounting
    PO Box 360863M
9   Pittsburgh, PA 15251

10         7.  At the time of each payment set out in Appendix A to this Consent

11  Decree, Settling Defendants shall send notice that payment has been made to EPA

12  and DOJ in accordance with Section XIII (Notices and Submissions).

13         8.   The total amount to be paid pursuant to Paragraph 5 shall be deposited

14  in the South El Monte Special Account within the EPA Hazardous Substance

15  Superfund to be retained and used to conduct or finance response actions at or in

16  connection with the Site, or to be transferred by EPA to the EPA Hazardous

17  Substance Superfund.

18              **VII.  FAILURE TO COMPLY WITH CONSENT DECREE**

19         9. A.  Interest on Late Payments.  If Settling Defendants listed in Part One

20  of Appendix A to this Consent Decree fail to make any payment under Paragraph

21  5 by the required due date, Interest shall accrue on the unpaid balance through the

22  date of payment.  If Settling Defendants listed in Part Two of Appendix A to this

23  Consent Decree fail to make any payment under Paragraph 5 by the required due

24  date, all remaining installment payments and all accrued Interest shall become due

25  immediately upon such failure.  Interest shall continue to accrue on any unpaid

26  amounts until the total amount due has been received.

27

28

10. <u>Stipulated Penalty</u>.

a.  If any amounts due under Paragraph 5 are not paid by the required date, the non-paying Settling Defendant(s) shall be in violation of this Consent Decree and shall pay, as a stipulated penalty, in addition to the Interest required by Paragraph 9, $250.00 per violation per day that such payment is late.

b.  Stipulated penalties are due and payable within 30 days of the date of the demand for payment of the penalties by EPA. All payments to EPA under this Paragraph shall be identified as "stipulated penalties" and shall be made by certified or cashier's check made payable to "EPA Hazardous Substance Superfund." The check, or a letter accompanying the check, shall reference the name and address of the party making payment, the Site name, the EPA Region and Site Spill ID Number 094X, and DOJ Case Number 90-11-2-453/5, and shall be made in the manner described in paragraph 6(B).

c.  At the time of each payment, Settling Defendant(s) shall send notice that payment has been made to EPA and DOJ in accordance with Section XIII (Notices and Submissions).

d.  Penalties shall accrue as provided in this Paragraph regardless of whether EPA has notified Settling Defendant(s) of the violation or made a demand for payment, but need only be paid upon demand. All penalties shall begin to accrue on the day after payment is due and shall continue to accrue through the date of payment. Nothing herein shall prevent the simultaneous accrual of separate penalties for separate violations of this Consent Decree.

11. If the United States and/or the Department brings an action to enforce this Consent Decree against one or more Settling Defendants, such

1  Settling Defendant(s) shall reimburse the United States and/or for all costs of

2  such action, including but not limited to costs of attorney time.

3      12.  Payments made under this Section shall be in addition to any other

4  remedies or sanctions available to Plaintiffs by virtue of any Settling

5  Defendant's failure to comply with the requirements of this Consent Decree.

6      13.  Notwithstanding any other provision of this Section, the United

7  States may, in its unreviewable discretion, waive payment of any portion of

8  the stipulated penalties that have accrued pursuant to this Consent Decree.

9  Payment of stipulated penalties shall not excuse Settling Defendants from

10  payment as required by Section VI or from performance of any other

11  requirements of this Consent Decree.

12  **VIII.  <u>COVENANT NOT TO SUE BY PLAINTIFFS</u>**

13      14.  Except as specifically provided in Section IX (Reservation of

14  Rights by Plaintiffs), Plaintiffs covenant not to sue or to take administrative

15  action against Settling Defendants pursuant to Sections 106 and 107(a) of

16  CERCLA, 42 U.S.C. §§ 9606 and 9607(a), and Section 7003 of RCRA, 42

17  U.S.C. § 6973, with regard to the Site.  With respect to present and future

18  liability, this covenant shall take effect as to those parties listed in Part One

19  of Appendix A to this Consent Decree upon receipt by EPA of the amounts

20  due as set out therein as well as amounts due, if any, under Section VII

21  (Failure to Comply with Consent Decree).This covenant shall take effect as

22  to those parties listed in Part Two of Appendix A to this Consent Decree

23  upon receipt by EPA of the first payment as set out therein as well as

24  amounts due, if any, under Section VII (Failure to Comply with Consent

25  Decree).  This covenant not to sue is conditioned upon the satisfactory

26  performance by Settling Defendants of their obligations under this Consent

27

28                                        -8-

Decree. This covenant not to sue is also conditioned upon the veracity and completeness of the Financial Information provided to EPA by Settling Defendants. If the Financial Information provided by any Settling Defendant is subsequently determined by EPA to be false or, in any material respect, inaccurate, such Settling Defendant shall forfeit all payments made pursuant to this Consent Decree and this covenant not to sue and the contribution protection in Paragraph 21 shall be null and void. Such forfeiture shall not constitute liquidated damages and shall not in any way foreclose Plaintiffs' right to pursue any other causes of action arising from such Settling Defendant's false or materially inaccurate information. This covenant not to sue extends only to Settling Defendants and does not extend to any other person.

## IX.  RESERVATION OF RIGHTS BY PLAINTIFFS

15. The United States and the Department reserve, and this Consent Decree is without prejudice to, all rights against Settling Defendants with respect to all matters not expressly included within the Covenant Not to Sue by Plaintiffs in Paragraph 14. Notwithstanding any other provision of this Consent Decree, Plaintiffs reserve all rights against any Settling Defendant with respect to:

a. liability for failure of any Settling Defendant to meet a requirement of this Consent Decree;

b. criminal liability;

c. liability for damages for injury to, destruction of, or loss of natural resources, and for the costs of any natural resource damage assessments;

1        d.  liability, based upon any Settling Defendant's ownership or

2  operation of property at the Site, or upon Settling Defendant's transportation,

3  treatment, storage, or disposal, or the arrangement for the transportation,

4  treatment, storage, or disposal, of a hazardous substance or a solid waste at

5  or in connection with the Site, after signature of this Consent Decree by

6  Settling Defendant; and

7        e.  liability arising from the past, present, or future disposal,

8  release or threat of release of a hazardous substance, pollutant, or

9  contaminant outside of the Site.

10     16.  Notwithstanding any other provision of this Consent Decree, the

11  United States and the Department reserve, and this Consent Decree is

12  without prejudice to, the right to reinstitute or reopen this action, or to

13  commence a new action seeking relief other than as provided in this Consent

14  Decree against any Settling Defendant, if the Financial Information provided

15  by such Settling Defendant, or the financial certification made by such

16  Settling Defendant in Paragraph 30, is false or, in a material respect,

17  inaccurate.

18  **X.  COVENANT NOT TO SUE BY SETTLING DEFENDANTS**

19     17.  Settling Defendants covenant not to sue and agree not to assert

20  any claims or causes of action against the United States, the Department, or

21  their contractors or employees, with respect to the Site or this Consent

22  Decree, including but not limited to:

23        a.  any direct or indirect claim for reimbursement from the

24  Hazardous Substance Superfund based on Sections 106(b)(2), 107, 111, 112,

25  or 113 of CERCLA, 42 U.S.C. §§ 9606(b)(2), 9607, 9611, 9612, or 9613, or

26  any other provision of law;

27

28                    -10-

b.  any claim arising out of response actions at or in connection with the Site, including any claim under the United States Constitution, the California State Constitution, the Tucker Act, 28 U.S.C. § 1491, the Equal Access to Justice Act, 28 U.S.C. § 2412, as amended, or at common law; or

c.  any claim against the United States pursuant to Sections 107 and 113 of CERCLA, 42 U.S.C. §§ 9607 and 9613, relating to the Site.

Except as provided in Paragraph 19 (Waiver of Claims) and Paragraph 23 (Waiver of Claim-Splitting Defenses), these covenants not to sue shall not apply in the event the United States or the Department brings a cause of action or issues an order pursuant to the reservations set forth in Paragraph 16 (c) - (e), but only to the extent that a Settling Defendant's claims arise from the same response action or response costs that the United States or the Department is seeking pursuant to the applicable reservation.

18.  Nothing in this Consent Decree shall be deemed to constitute approval or preauthorization of a claim within the meaning of Section 111 of CERCLA, 42 U.S.C. § 9611, or 40 C.F.R. 300.700(d).

19.  Settling Defendants agree not to assert any CERCLA claims or causes of action that they may have for all matters relating to the Site, including for contribution, against any other person.  This waiver shall not apply with respect to any defense, claim, or cause of action that Settling Defendants may have against any person if such person asserts a claim or cause of action relating to the Site against Settling Defendants.

**XI.  EFFECT OF SETTLEMENT/CONTRIBUTION PROTECTION**

20.  Except as provided in Paragraph 19, nothing in this Consent Decree shall be construed to create any rights in, or grant any cause of action to, any person not a Party to this Consent Decree.  The preceding sentence

-11-

shall not be construed to waive or nullify any rights that any person not a signatory to this Decree may have under applicable law.  Except as provided in Paragraph 19, the Parties expressly reserve any and all rights (including, but not limited to, any right to contribution), defenses, claims, demands, and causes of action which they may have with respect to any matter, transaction, or occurrence relating in any way to the Site against any person not a Party hereto.

21.  The Parties agree, and by entering this Consent Decree this Court finds, that Settling Defendants are entitled, as of the date of entry of this Consent Decree, to protection from contribution actions or claims as provided by Section 113(f)(2) of CERCLA, 42 U.S.C. § 9613(f)(2), for "matters addressed" in this Consent Decree.  The "matters addressed" in this Consent Decree are all response actions taken or to be taken and all response costs incurred or to be incurred, at or in connection with the Site, by the United States, the Department, or any other person.  The "matters addressed" in this Consent Decree do not include those response costs or response actions as to which the United States and the Department have reserved their rights under this Consent Decree (except for claims for failure to comply with this Decree), in the event that the United States or the Department asserts rights against Settling Defendants coming within the scope of such reservations.

22.  Settling Defendants agree that, with respect to any suit or claim for contribution brought by any Settling Defendant for matters related to this Consent Decree, such Settling Defendant will notify EPA and DOJ and the State in writing no later than 60 days prior to the initiation of such suit or claim.  Settling Defendants also agree that, with respect to any suit or claim

for contribution brought against any Settling Defendant for matters related to this Consent Decree, such Settling Defendant will notify EPA and DOJ and the Department in writing within 10 days of service of the complaint or claim upon it. In addition, such Settling Defendant shall notify EPA and DOJ and the Department within 10 days of service or receipt of any Motion for Summary Judgment, and within 10 days of receipt of any order from a court setting a case for trial, for matters related to this Consent Decree.

23. In any subsequent administrative or judicial proceeding initiated by the United States or the Department for injunctive relief, recovery of response costs, or other relief relating to the Site, Settling Defendants shall not assert, and may not maintain, any defense or claim based upon the principles of waiver, *res judicata*, collateral estoppel, issue preclusion, claim-splitting, or other defenses based upon any contention that the claims raised by the United States or the Department in the subsequent proceeding were or should have been brought in the instant case; provided, however, that nothing in this Paragraph affects the enforceability of the Covenant Not to Sue by Plaintiffs set forth in Section VIII.

## XII.   ACCESS AND INSTITUTIONAL CONTROLS

24. A.   If the Site, or any other property where access and/or land/water use restrictions are needed to implement response activities at the Site, is owned or controlled by any Settling Defendant, such Settling Defendant shall:

a. commencing on the date of lodging of this Consent Decree, provide the United States, the Department, and their representatives, including their contractors, with access at all reasonable times to the Site, or

-13-

such other property, for the purpose of conducting any response activity related to the Site, including, but not limited to, the following activities:

1. Monitoring, investigation, removal, remedial or other activities at the Site;

2. Verifying any data or information submitted to the United States or the Department;

3. Conducting investigations relating to contamination at or near the Site;

4. Obtaining samples;

5. Assessing the need for, planning, or implementing additional response actions at or near the Site;

6. Inspecting and copying records, operating logs, contracts, or other documents maintained or generated by Settling Defendants or their agents, consistent with Section XIII  (Access to Information);

7. Assessing Settling Defendants' compliance with this Consent Decree; and

8. Determining whether the Site or other property is being used in a manner that is prohibited or restricted, or that may need to be prohibited or restricted, by or pursuant to this Consent Decree;

b. commencing on the date of lodging of this Consent Decree, refrain from using the Site, or such other property, in any manner that would interfere with or adversely affect the implementation, integrity or protectiveness of the remedial measures to be performed at the Site.

c.    If the Department or EPA determines that institutional controls in any form are required to implement response activities at the Site,

-14-

1   or ensure the integrity and protectiveness thereof, or ensure non-interference

2   therewith, execute and record all such necessary legal instruments, and fully

3   cooperate with the Department and with EPA in their efforts to secure and

4   enforce such institutional controls. Institutional controls include deed

5   restrictions, land use covenants, environmental restrictions, as well as any

6   layers of additional protection in the form of state or local laws, regulations,

7   ordinances or other governmental instruments that serve the purpose of

8   institutional controls set forth above.

9       B.   Notwithstanding any provision of this Consent Decree, the

10  United States and the Department retain all of their access authorities and

11  rights, as well as all of their rights to require land/water use restrictions,

12  including enforcement authorities related thereto, under CERCLA, RCRA,

13  and any other applicable statutes or regulations.

14              **XIII.   ACCESS TO INFORMATION**

15      25.  Settling Defendants shall provide to EPA and the Department,

16  upon request, copies of all records, reports, or information (hereinafter

17  referred to as "records") within their possession or control or that of their

18  contractors or agents relating to activities at the Site, including, but not

19  limited to, sampling, analysis, chain of custody records, manifests, trucking

20  logs, receipts, reports, sample traffic routing, correspondence, or other

21  documents or information related to the Site.

22      26.  Confidential Business Information and Privileged Documents.

23      a.  Settling Defendants may assert business confidentiality

24  claims covering part or all of the records submitted to Plaintiffs under this

25  Consent Decree to the extent permitted by and in accordance with Section

26  104(e)(7) of CERCLA, 42 U.S.C. § 9604(e)(7), and 40 C.F.R. 2.203(b).

27

28                         -15-

Records determined to be confidential by Plaintiffs will be accorded the protection specified in 40 C.F.R. Part 2, Subpart B. If no claim of confidentiality accompanies records when they are submitted to Plaintiffs, or if EPA has notified Settling Defendants that the records are not confidential under the standards of Section 104(e)(7) of CERCLA or 40 C.F.R. Part 2, Subpart B, the public may be given access to such records without further notice to Settling Defendants.

b. Settling Defendants may assert that certain records are privileged under the attorney-client privilege or any other privilege recognized by federal law. If Settling Defendants assert such a privilege in lieu of providing records, they shall provide Plaintiffs with the following: 1) the title of the record; 2) the date of the record; 3) the name and title of the author of the record; 4) the name and title of each addressee and recipient; 5) a description of the subject of the record; and 6) the privilege asserted. However, no records created or generated pursuant to the requirements of this or any other settlement with the United States and the Department shall be withheld on the grounds that they are privileged.

27. No claim of confidentiality shall be made with respect to any data, including but not limited to, all sampling, analytical, monitoring, hydrogeologic, scientific, chemical, or engineering data, or any other records evidencing conditions at or around the Site.

## XIV. RETENTION OF RECORDS

28. Until 10 years after the entry of this Consent Decree, Settling Defendants shall preserve and retain all records now in their possession or control, or which come into their possession or control, that relate in any manner to response actions taken at the Site or the liability of any person

1    under CERCLA with respect to the Site, regardless of any corporate

2    retention policy to the contrary.

3        29. After the conclusion of the document retention period in the

4    preceding paragraph, Settling Defendants shall notify EPA, DOJ and the

5    Department  at least 90 days prior to the destruction of any such records, and,

6    upon request by EPA or DOJ or the Department, Settling Defendants shall

7    deliver any such records to EPA or the Department.  Settling Defendants

8    may assert that certain records are privileged under the attorney-client

9    privilege or any other privilege recognized by federal law.  If Settling

10   Defendants assert such a privilege, they shall provide Plaintiffs with the

11   following:  1) the title of the record; 2) the date of the record; 3) the name

12   and title of the author of the record; 4) the name and title of each addressee

13   and recipient; 5) a description of the subject of the record; and 6) the

14   privilege asserted.  However, no records created or generated pursuant to the

15   requirements of this or any other settlement with the United States or the

16   Department shall be withheld on the grounds that they are privileged.

17       30. Settling Defendants hereby certify that, to the best of their

18   knowledge and belief, after thorough inquiry, they have:

19           a.  not altered, mutilated, discarded, destroyed or otherwise

20   disposed of any records, reports, or other information relating to their

21   potential liability regarding the Site since notification of potential liability by

22   the United States or the Department or the filing of suit against them

23   regarding the Site, and that they have fully complied with any and all EPA

24   requests for information regarding the Site and Settling Defendants'

25   financial circumstances pursuant to Sections 104(e) and 122(e) of CERCLA,

26

27

28

-17-

1    42 U.S.C. §§ 9604(e) and 9622(e), and Section 3007 of RCRA, 42 U.S.C. §

2    6927; and

3              b.  submitted to EPA Financial Information that fairly,

4    accurately, and materially sets forth their financial circumstances, and that

5    those circumstances have not materially changed between the time the

6    Financial Information was submitted to EPA and the time Settling

7    Defendants execute this Consent Decree.

8    ### XV. NOTICES AND SUBMISSIONS

9              31.  Whenever, under the terms of this Consent Decree, notice is

10   required to be given or a document is required to be sent by one party to

11   another, it shall be directed to the individuals at the addresses specified

12   below, unless those individuals or their successors give notice of a change to

13   the other Parties in writing.  Written notice as specified herein shall

14   constitute complete satisfaction of any written notice requirement of the

15   Consent Decree with respect to the United States, EPA, DOJ, the State, and

16   Settling Defendants, respectively.

17   As to the United States:

18   DOJ:

19   Chief, Environmental Enforcement Section
     Environment and Natural Resources Division
20   U.S. Department of Justice,  P.O. Box 7611
     Washington, D.C.  20044-7611
21
     EPA:
22
     Roberto Rodriguez
23   Remedial Project Manager
     USEPA, Region 9, Mail Code SFD 7-3
24    75 Hawthorne Street
      San Francisco, CA 94105
25
     James Collins
26   Assistant Regional Counsel
     USEPA, Region 9, Mail Code ORC-3
27
28                              -18-

75 Hawthorne Street
San Francisco, CA 94105

As to the Department of Toxic Substances Control and California Attorney
General

Thomas M. Cota, Chief
Southern California Cleanup Operations Branch
Cypress Office
Department of Toxic Substances Control
5796 Corporate Avenue
Cypress, California 90630

Ann Rushton
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, California 90013

As to Settling Defendant:

 To the name and address provided on Appendix A under "Address for
Notice".

## XVI.  **RETENTION OF JURISDICTION**

32.  This Court shall retain jurisdiction over this matter for the purpose
of interpreting and enforcing the terms of this Consent Decree.

## XVII.  **INTEGRATION**

33.  This Consent Decree and its Appendix constitute the final,
complete and exclusive Consent Decree and understanding between the
Parties with respect to the settlement embodied in this Consent Decree.  The
Parties acknowledge that there are no representations, agreements or
understandings relating to the settlement other than those expressly
contained in this Consent Decree.  The following appendix is attached to and
incorporated into this Consent Decree:

 Appendix A: List of Settling Defendants, Amounts of Settlements and
Addresses for Notice.

## XVIII.  **LODGING AND OPPORTUNITY FOR PUBLIC COMMENT**

-19-

34. This Consent Decree shall be lodged with the Court for a period of not less than 30 days for public notice and comment. The United States and the Department reserve the right to withdraw or withhold its consent if the comments regarding the Consent Decree disclose facts or considerations which indicate that this Consent Decree is inappropriate, improper, or inadequate. Settling Defendants consent to the entry of this Consent Decree without further notice.

35. If for any reason this Court should decline to approve this Consent Decree in the form presented, this Consent Decree is voidable at the sole discretion of any Party and the terms of the Consent Decree may not be used as evidence in any litigation between the Parties.

## XIX. SIGNATORIES/SERVICE

36. Each undersigned representative of Settling Defendants to this Consent Decree, the United States, and the Department certifies that he or she is authorized to enter into the terms and conditions of this Consent Decree and to execute and bind legally such Party to this document.

37. Settling Defendants hereby agree not to oppose entry of this Consent Decree by this Court or to challenge any provision of this Consent Decree, unless the United States or the Department has notified Settling Defendants in writing that it no longer supports entry of the Consent Decree.

38. Each Settling Defendant shall identify, on the attached signature page, the name and address of an agent who is authorized to accept service of process by mail on its behalf with respect to all matters arising under or relating to this Consent Decree. Settling Defendants hereby agree to accept

-20-

1   service in that manner and to waive the formal service requirements set forth
2   in Rule 4 of the Federal Rules of Civil Procedure and any applicable local
3   rules of this Court, including but not limited to, service of a summons.

4   ## XX.  FINAL JUDGMENT

5       39.  Upon approval and entry of this Consent Decree by the Court, this
6   Consent Decree shall constitute the final judgment between and among the
7   United States, the Department, and Settling Defendants.  The Court finds
8   that there is no just reason for delay and therefore enters this judgment as a
9   final judgment under Fed. R. Civ. P. 54 and 58.

SO ORDERED THIS _11_ DAY OF _March_, 2008

_Audrey B. Collins_
United States District Judge

-21-

1

2 THE UNDERSIGNED PARTIES enter into this Consent Decree in the

3 matter of <u>United States v. Abercrombie et. al.</u>, relating to the South El Monte Operable Unit of the San Gabriel Valley Superfund Site.

4

5 FOR THE UNITED STATES OF AMERICA, DOJ:

6

7       GEORGE S. CARDONA
        United States Attorney

8       LEON W. WEIDMAN
        Chief, Civil Division

9       MONICA MILLER
        Assistant United States Attorney

10      Central District of California
        300 North Los Angeles Street

11      Los Angeles, California 90012
        Telephone: (213) 894-4061

12

13

14 12 October 2007
  Date       RONALD J. TENPAS

15      Acting Assistant Attorney General

16      Environment and Natural Resources Division
       U.S. Department of Justice

17      Washington, D.C.  20530

18 Oct 1, 2007

19  Date       STEVEN O'ROURKE

20      Environmental Enforcement Section
       Environment and Natural Resources Division

21      U.S. Department of Justice
       P.O. Box 7611

22      Washington, D.C.  20044-7611

23

24

25

26

27

28         -22-

1

2

FOR THE UNITED STATES OF AMERICA, EPA:

3

4    9-18-07
     Date
                              KEITH TAKATA
5                             Director of the Superfund Division
                              United States Environmental Protection
6                              Agency
                              Region 9
7                             75 Hawthorne Street
                              San Francisco, CA  94105
8

9    10/18/07
     Date
                              JAMES COLLINS (by SAC)
10                            Assistant Regional Counsel
                              United States Environmental Protection
11                             Agency
                              Region 9
12                            75 Hawthorne Street
                              San Francisco, CA  94105
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                               -23-

1

2  FOR THE DEPARTMENT OF TOXIC SUBSTANCES CONTROL, and
   CALIFORNIA ATTORNEY GENERAL

3

4

5  9/18/07                    *Rebecca Chou*
   Date                       Dr. Rebecca Chou, Chief
6                             Southern California Cleanup Operations Branch
                              Cypress Office
7                             Department of Toxic Substances Control
                              5796 Corporate Avenue
8                             Cypress, California 90630

9  9-24-07                    *Ann Rushton*
10 Date                       Ann Rushton
                              Deputy Attorney General
11                            California Department of Justice
                              300 South Spring Street
12                            Los Angeles, California 90013

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    -24-

1
2
3

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

4

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

5

6   Date _____

THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
7                                    Cypress Office
Department of Toxic Substances Control
8                                    5796 Corporate Avenue
Cypress, California 90630

9

FOR CALIFORNIA ATTORNEY GENERAL

10

11   Date _____

ANN RUSHTON
Deputy Attorney General
12                                    California Department of Justice
300 South Spring Street
13                                    Los Angeles, California 90013

14

FOR DEFENDANT

15

16   Date: 3/27/06   _Deanna Abercrombie_

17                                    Deanna Abercrombie
Bassett & Obbink, TIC
18                                    c/o Reed Smith LLP

19

Agent Authorized to Accept Service on Behalf of Above-signed Party:

20

21                                    Name:  Todd O. Maiden, Esq.

22                                    Title:   Counsel to Bassett & Obbink, TIC

23                                    Address: Reed Smith LLP
Two Embarcadero Center
24                                    Suite 2000
San Francisco, CA  94111

25
26
27
28

25
=20=

1       U.S. Environmental Protection Agency
        Region 9
2       75 Hawthorne Street
        San Francisco, California 94105
3       Telephone: (415) 972-3894

4

        FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:
5

6   _____        _____
    Date                        THOMAS M. COTA, Chief
7                               Southern California Cleanup Operations Branch
                                Cypress Office
8                               Department of Toxic Substances Control
                                5796 Corporate Avenue
9                               Cypress, California 90630

    FOR CALIFORNIA ATTORNEY GENERAL
10

11  _____        _____
    Date                        ANN RUSHTON
12                              Deputy Attorney General
                                California Department of Justice
13                              300 South Spring Street
                                Los Angeles, California 90013

14              FOR DEFENDANT

15              Aircraft Stamping Company, Inc.
                1924 N. Chico Avenue
16              South El Monte, CA 91733
    Date: 3-23-06              By: _____
17                             Michael D. Nolan, President
                        Name and address of Settling Defendant
18

19  Agent Authorized to Accept Service on Behalf of Above-signed Party:

20          Name:    MICHAEL D. NOLAN

21          Title:   PRESIDENT

22          Address: 1924 N. Chico Avenue
                     South El Monte, CA 91733
23

24

25

26

27

28                              -20-

1    U.S. Environmental Protection Agency
     Region 9
2    75 Hawthorne Street
     San Francisco, California 94105
3    Telephone: (415) 972-3894

4    FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

5

6    Date _____        THOMAS M. COTA, Chief
                             Southern California Cleanup Operations Branch
7                            Cypress Office
                             Department of Toxic Substances Control
8                            5796 Corporate Avenue
                             Cypress, California 90630
9
     FOR CALIFORNIA ATTORNEY GENERAL
10

11   Date _____        ANN RUSHTON
                             Deputy Attorney General
12                           California Department of Justice
                             300 South Spring Street
13                           Los Angeles, California 90013

14

15                           FOR DEFENDANT
                             Wendilyn H + John E. Albin
16                           33581 Nauticus Isle
     Date: 2/6/06            Dana Point CA 92629
17                           Wendilyn H Cullen      John Albin
                             Name and address of Settling Defendant

18

19   Agent Authorized to Accept Service on Behalf of Above-signed Party:

20            Name:      _____

21            Title:     _____

22            Address:   _____

23

24

25

26

27

28                                    —20—

1    U.S. Environmental Protection Agency
Region 9
2    75 Hawthorne Street
San Francisco, California 94105
3    Telephone: (415) 972-3894

4

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

5

6    Date         THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
7    Cypress Office
Department of Toxic Substances Control
8    5796 Corporate Avenue
Cypress, California 90630

9

FOR CALIFORNIA ATTORNEY GENERAL

10

11    Date         ANN RUSHTON
Deputy Attorney General
12    California Department of Justice
300 South Spring Street
13    Los Angeles, California 90013

14

15    FOR DEFENDANT

16    Date: 3/31/06     _Mona Sue Art_
17    Artistic Polishing and Plating, Inc.
Name and address of Settling Defendant
18    Mona Sue Art

19    Agent Authorized to Accept Service on Behalf of Above-signed Party:

20    Name:   Michael A. Francis

21    Title:   Attorney

22    Address: Demetriou, Del Guercio, Springer & Francis, LLP
23    801 South Grand Avenue, 10th Floor
Los Angeles, California 90017

24

25

26

27

28

-20-

28

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

Date _____

THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
Cypress Office
Department of Toxic Substances Control
5796 Corporate Avenue
Cypress, California 90630

FOR CALIFORNIA ATTORNEY GENERAL

Date _____

ANN RUSHTON
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, California 90013

FOR DEFENDANT

Date: 2/20/06

_____
Name and address of Settling Defendant
Blance Felix
11017 Montecito Dr. El Monte, CA 91731

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _____

Title: _____

Address: _____

1          U.S. Environmental Protection Agency
Region 9
2          75 Hawthorne Street
San Francisco, California 94105
3          Telephone: (415) 972-3894

4

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

5

6   Date _____         THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
7                      Cypress Office
Department of Toxic Substances Control
8                      5796 Corporate Avenue
Cypress, California 90630

9

FOR CALIFORNIA ATTORNEY GENERAL

10

11   Date _____         ANN RUSHTON
Deputy Attorney General
12                      California Department of Justice
300 South Spring Street
13                      Los Angeles, California 90013

14

15                    ~~FOR DEFENDANT~~

16

17   Date:  3/15/06

          Stephen P. Saurenman, V.P.
18          Clamp Mfg. Co., Inc.
1503 Adelia Ave.
          South El Monte, California 91733
19  Agent Authorized to Accept Service on Behalf of Above-signed Party:

20        Name:   _Same as above_

21        Title:   _____

22        Address:  _____

23

24

25

26

27

28                    ~~-20-~~

1 | U.S. Environmental Protection Agency
Region 9
2 | 75 Hawthorne Street
San Francisco, California 94105
3 | Telephone: (415) 972-3894

4

5 | FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

6 | Date _____                THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
7 | Cypress Office
Department of Toxic Substances Control
8 | 5796 Corporate Avenue
Cypress, California 90630
9

10 | FOR CALIFORNIA ATTORNEY GENERAL

11 | Date _____                ANN RUSHTON
Deputy Attorney General
12 | California Department of Justice
300 South Spring Street
13 | Los Angeles, California 90013

14

15 | FOR DEFENDANT

16 | Date: 3/30/06

17 | Name and address of Settling Defendant
Dale Zuehls, Trustee, The Roy A Clayton Trust
18 | 345, S. Figueroa Street, Suite M-6, Los Angeles, CA 90071
19 | Agent Authorized to Accept Service on Behalf of Above-signed Party:

20 | Name: _Dale Zuehls, Trustee_

21 | Title: _Trustee for The Roy A. Clayton Trust_

22 | Address: _345 Figueroa Street, Suite M-6_
Los Angeles, CA 90071
23

24

25

26

27

28 | -20-

31

1
2
3

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

4

5

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

6

_____
Date

THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
Cypress Office
Department of Toxic Substances Control
5796 Corporate Avenue
Cypress, California 90630

7

8

9

FOR CALIFORNIA ATTORNEY GENERAL

10

11

_____
Date

ANN RUSHTON
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, California 90013

12

13

14

15

FOR DEFENDANT

16

17

Date: 2-6-06    Cecil Richard D'Epifanio (deceased)
220 1st Street #1 Seal Beach, Ca
                                                    90740
Name and address of Settling Defendant

18

19

Agent Authorized to Accept Service on Behalf of Above-signed Party:

20

Name: Judith D'Epifanio

21

Title: widow

22

Address: 220 1st Street #1

23

Seal Beach, Ca 90740

24

25

26

27

28

-20-

32

1  U.S. Environmental Protection Agency
   Region 9
2  75 Hawthorne Street
   San Francisco, California 94105
3  Telephone: (415) 972-3894

4
   FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:
5

6  _____        _____
   Date                THOMAS M. COTA, Chief
7                      Southern California Cleanup Operations Branch
                       Cypress Office
8                      Department of Toxic Substances Control
                       5796 Corporate Avenue
9                      Cypress, California 90630

   FOR CALIFORNIA ATTORNEY GENERAL
10

11 _____        _____
   Date                ANN RUSHTON
12                     Deputy Attorney General
                       California Department of Justice
13                     300 South Spring Street
                       Los Angeles, California 90013

14

15                     FOR DEFENDANT

16 Date: 2/17/2006     _____
17                     LESLIE   J.   BRAND
                       Name and address of Settling Defendant
18

19 Agent Authorized to Accept Service on Behalf of Above-signed Party:

20         Name:   LESLIE J. BRAND, PRES.

21         Title:  PRES, DYANCO INC.

22         Address:  1850 BELCROFT AVE.

23                   SO. EL MONTE, CA 91733

24

25

26

27

28
                              -20-

1    U.S. Environmental Protection Agency
     Region 9
2    75 Hawthorne Street
     San Francisco, California 94105
3    Telephone: (415) 972-3894

4
     FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:
5
6    Date _____    THOMAS M. COTA, Chief
                        Southern California Cleanup Operations Branch
7                       Cypress Office
                        Department of Toxic Substances Control
8                       5796 Corporate Avenue
                        Cypress, California 90630
9
     FOR CALIFORNIA ATTORNEY GENERAL
10
11   Date _____    ANN RUSHTON
                        Deputy Attorney General
12                      California Department of Justice
                        300 South Spring Street
13                      Los Angeles, California 90013

14
                                    EAGLE METALFINISHING CO., INC.
15   FOR DEFENDANT      P.O. BOX 1196
                        GLENDORA, CA 91740-1196
16   Date: april 3, 2006    David B. Trouillon, PRESIDENT

17                      Name and address of Settling Defendant

18
19   Agent Authorized to Accept Service on Behalf of Above-signed Party:

20        Name:   MICHAEL G. MARTIN, ESQ

21        Title:   COUNSEL / ATTORNEY

22        Address:  500 N. BRAND BLVD #1250

23                  Glendale, CA 91203

24
25
26
27
28                      -20-

                        34

hold

1

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

2

3

4

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

5

6 | Date          THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
Cypress Office
Department of Toxic Substances Control
5796 Corporate Avenue
Cypress, California 90630

7

8

9

FOR CALIFORNIA ATTORNEY GENERAL

10

11 | Date          ANN RUSHTON
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, California 90013

12

13

14

15

FOR DEFENDANT

16 | Date: 3/19/06    *Edwin H. Franzen, individually and as Trustee of the Franzen Trust*

17

Name and address of Settling Defendant

18

*1524 Milan Avenue*
*South Pasadena, Calif. 91030*

19

Agent Authorized to Accept Service on Behalf of Above-signed Party:

20

Name:      *SAME*

21

Title:      *SAME*

22

Address: _____

23

24

25

26

27

28

1

2

3

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

4

5

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

6   Date _____

7

8

9

THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
Cypress Office
Department of Toxic Substances Control
5796 Corporate Avenue
Cypress, California 90630

FOR CALIFORNIA ATTORNEY GENERAL

10

11   Date _____

12

13

ANN RUSHTON
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, California 90013

14

15

FOR DEFENDANT

16   Date: Nov 27'06   _Jeanette Hagen_

17

18

Jeanette Hagen
Bassett & Obbink, TIC
c/o Reed Smith LLP

19

20

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Todd O. Maiden, Esq.

21

22

Title:   Counsel to Bassett & Obbink, TIC

Address: Reed Smith LLP
          Two Embarcadero Center
          Suite 2000
          San Francisco, CA  94111

23

24

25

26

27

28

1 Deputy Attorney General
  California Department of Justice
  300 South Spring Street
2 Los Angeles, California 90013

3

4     **FOR DEFENDANT**

5 Date: 7/23/07  J.A.B. Holdings Inc.
6       [Names and addresses of Defendants' signatories]

7

8 Agent Authorized to Accept Service on Behalf of Above-signed Party:
   Name: Robert J Bozung ROBERT J. BOZUNG
9
   Title: President
10
   Address: 3067 Old Coach Drive
11
     Camarillo, Calif. 93010
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26     -21-

27

28

1    U.S. Environmental Protection Agency
     Region 9
2    75 Hawthorne Street
     San Francisco, California 94105
3    Telephone: (415) 972-3894

4    FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

5

6    Date _____        _____
                          THOMAS M. COTA, Chief
7                         Southern California Cleanup Operations Branch
                          Cypress Office
8                         Department of Toxic Substances Control
                          5796 Corporate Avenue
                          Cypress, California 90630
9
     FOR CALIFORNIA ATTORNEY GENERAL
10

11   Date _____        _____
                          ANN RUSHTON
12                        Deputy Attorney General
                          California Department of Justice
13                        300 South Spring Street
                          Los Angeles, California 90013

14

15                       FOR DEFENDANT

16   Date: 2/15/06       _Claudean Mullins Kawie_
17                       Claudean Mullins Kawie, individually and as Trustee of
                         Name and address of Settling Defendant The Kawie Trust
18

19   Agent Authorized to Accept Service on Behalf of Above-signed Party:

20          Name:     Timothy D. McCollum

21          Title:    Attorney of Record

22          Address:  5250 N. Palm Avenue, Ste. 228
                      Fresno, California   93704
23

24

25

26

27

28                       -20-

1   U.S. Environmental Protection Agency
    Region 9
2   75 Hawthorne Street
    San Francisco, California 94105
3   Telephone: (415) 972-3894

4   FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

5

6   _____   THOMAS M. COTA, Chief
    Date          Southern California Cleanup Operations Branch
7                 Cypress Office
                  Department of Toxic Substances Control
8                 5796 Corporate Avenue
                  Cypress, California 90630
9

10  FOR CALIFORNIA ATTORNEY GENERAL

11  _____   ANN RUSHTON
    Date          Deputy Attorney General
12                California Department of Justice
                  300 South Spring Street
13                Los Angeles, California 90013

14

15                FOR DEFENDANT
                  Kessler Family Trust Dated September 29, 1979 "Trust B"
16
    Date: 3/28/06   By: _____Julie Rose Trustee_____
17                      Julie Rose, Trustee

18

19  Agent Authorized to Accept Service on Behalf of Above-signed Party:

20          Malissa McKeith, Esq.
            Attorney
21          Lewis Brisbois Bisgaard & Smith LLP
            221 North Figueroa Street
22          Suite 1200
            Los Angeles, CA 90012

23

24

25

26

27

28                          -20-
                             39

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

_____
Date

THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
Cypress Office
Department of Toxic Substances Control
5796 Corporate Avenue
Cypress, California 90630

FOR CALIFORNIA ATTORNEY GENERAL

_____
Date

ANN RUSHTON
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, California 90013

FOR DEFENDANT

**L & L SCREW MACHINE PRODUCTS, INC.**
9653 El Poche Street
~~South El Monte, Calif. 91733~~

Date: 2/3/06

Name and address of Settling Defendant

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: DEAN LOWE

Title: OWNER/PRES.

Address: 9653 EL POCHE ST.
So. EL MONTE, CA. 91733

~~20~~

40

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

_____        _____
Date                     THOMAS M. COTA, Chief
                         Southern California Cleanup Operations Branch
                         Cypress Office
                         Department of Toxic Substances Control
                         5796 Corporate Avenue
                         Cypress, California 90630

FOR CALIFORNIA ATTORNEY GENERAL

_____        _____
Date                     ANN RUSHTON
                         Deputy Attorney General
                         California Department of Justice
                         300 South Spring Street
                         Los Angeles, California 90013

FOR DEFENDANT

Date: 3-25-08    Robert Malone 375 IVAR. St. CAMBRIA, CA
                                                            93428
                 Name and address of Settling Defendant

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _____ Robert D Schmidt

Title: _____Attorney for Robert Malone

Address: _____7755 Center Ave Ste 1100

         Huntington Beach CA

         92647

-20-

41

1
U.S. Environmental Protection Agency
Region 9
2
75 Hawthorne Street
San Francisco, California 94105
3
Telephone: (415) 972-3894

4

5
FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

6
Date _____        THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
7
Cypress Office
Department of Toxic Substances Control
8
5796 Corporate Avenue
Cypress, California 90630
9
FOR CALIFORNIA ATTORNEY GENERAL
10

11
Date _____        ANN RUSHTON
Deputy Attorney General
12
California Department of Justice
300 South Spring Street
13
Los Angeles, California 90013

14

15
FOR DEFENDANT

16
Date: March 21, 2006        _____

17
Name and address of Settling Defendant
MANGE CARSON, INC  BY ITS PRESIDENT  JAMES LABARGE
18
9056 EAST GARVEY AVENUE, ROSEMEAD, CA  91770 - 0889

19
Agent Authorized to Accept Service on Behalf of Above-signed Party:

20
Name:        PAUL K. SMITH

21
Title:        ATTORNEY

22
Address:        SMITH & MYERS LLP
333 S. HOPE ST.  35TH FL.
23
LA CA 90071

24

25

26

27

28

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

_____          _____
Date                     THOMAS M. COTA, Chief
                         Southern California Cleanup Operations Branch
                         Cypress Office
                         Department of Toxic Substances Control
                         5796 Corporate Avenue
                         Cypress, California 90630

FOR CALIFORNIA ATTORNEY GENERAL

_____          _____
Date                     ANN RUSHTON
                         Deputy Attorney General
                         California Department of Justice
                         300 South Spring Street
                         Los Angeles, California 90013

FOR DEFENDANT

Date: 3/27/06    *Martha Obbink*

                 Martha Obbink
                 Bassett & Obbink, TIC
                 c/o Reed Smith LLP


Agent Authorized to Accept Service on Behalf of Above-signed Party:

        Name:  Todd O. Maiden, Esq.

        Title:  Counsel to Bassett & Obbink, TIC

        Address: Reed Smith LLP
                 Two Embarcadero Center
                 Suite 2000
                 San Francisco, CA  94111

1     U.S. Environmental Protection Agency
      Region 9
2     75 Hawthorne Street
      San Francisco, California 94105
3     Telephone: (415) 972-3894

4  FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

5

6 Date _____  THOMAS M. COTA, Chief
       Southern California Cleanup Operations Branch
7       Cypress Office
       Department of Toxic Substances Control
8       5796 Corporate Avenue
       Cypress, California 90630
9
  FOR CALIFORNIA ATTORNEY GENERAL
10

11 Date _____  ANN RUSHTON
       Deputy Attorney General
12       California Department of Justice
       300 South Spring Street
13       Los Angeles, California 90013

14

15     FOR DEFENDANT

16 Date: 2-5-06

17     Name and address of Settling Defendant

18

19 Agent Authorized to Accept Service on Behalf of Above-signed Party:

20    Name: _____

21    Title: _____

22    Address: _____

23

24

25

26

27

28

1
2
3

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

4

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

5

6   Date _____

THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
Cypress Office
Department of Toxic Substances Control
5796 Corporate Avenue
Cypress, California 90630

7
8
9

FOR CALIFORNIA ATTORNEY GENERAL

10

11   Date _____

ANN RUSHTON
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, California 90013

12
13
14
15

FOR DEFENDANT

16   Date: 4-18-06   _____  ON BEHALF of RAM STEEL CO., INC."

17   1828 Bekroft Ave., So El Monte, CA
Name and address of Settling Defendant   91733

18

19   Agent Authorized to Accept Service on Behalf of Above-signed Party:

20       Name:   _____

21       Title:   _____

22       Address:   _____

23
24
25
26
27
28

-20-

45

1

U.S. Environmental Protection Agency
Region 9
2     75 Hawthorne Street
San Francisco, California 94105
3     Telephone: (415) 972-3894

4

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

5

6    Date _____     THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
7                  Cypress Office
Department of Toxic Substances Control
8                 5796 Corporate Avenue
Cypress, California 90630

9

FOR CALIFORNIA ATTORNEY GENERAL

10

11   Date _____     ANN RUSHTON
Deputy Attorney General
12                 California Department of Justice
300 South Spring Street
13                 Los Angeles, California 90013

14

15                 FOR DEFENDANT

16

17   Date: _3-25-06_    _Mary A. Rockenbach_
Mary Rockenbach, Individually, 127 Naomi Ave.
18              Name and address of Settling Defendant  Arcadia, CA 91007

19   Agent Authorized to Accept Service on Behalf of Above-signed Party:

20            Name:  Peter Niemiec

21            Title:  _____

22            Address: 2314 John Street, Manhattan Beach, CA 90266

23

For Defendant:

24

25   Date: _3-25-06_, 2006    _Mary a Rockenbach_

26                 Mary Rockenbach, as Trustee of the
Mary A. Rockenbach 1992 Revocable Trust
27                 127 Naomi Ave.
Arcadia, CA 91007
28                 -20-

1

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

2

3

4

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

5

6

_____          THOMAS M. COTA, Chief
Date                     Southern California Cleanup Operations Branch

7                        Cypress Office
                         Department of Toxic Substances Control

8                        5796 Corporate Avenue
                         Cypress, California 90630

9

FOR CALIFORNIA ATTORNEY GENERAL

10

11

_____          ANN RUSHTON
Date                     Deputy Attorney General

12                       California Department of Justice
                         300 South Spring Street

13                       Los Angeles, California 90013

14

15

FOR DEFENDANT

16

Date: 4-25-2006          Geraldine Rumore, 23913 Bar Harbor Ct. Valencia, CA 91355

17

Name and address of Settling Defendant

18

19

Agent Authorized to Accept Service on Behalf of Above-signed Party:

20

Name:    Chris Rumore

21

Title:    son

22

Address: 23913 Bar Harbor Ct. Valencia CA 91355

23

24

25

26

27

28

-20-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCE CONTROL:

_____
Date

THOMAS M. COTA, Chief
Southern California Cleanup Operations Branch
Cypress Office
Department of Toxic Substances Control
5796 Corporate Avenue
Cypress, California 90630

FOR CALIFORNIA ATTORNEY GENERAL

_____
Date

ANN RUSHTON
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, California 90013

FOR DEFENDANTS

*March 6, 2006*                    *Geraldine M. Alfieri*
Date

GERALDINE M. ALFIERI, individually and in her
capacity as co-trustee of the
Alfieri Family Trust utd June 8, 1976

Agent Authorized to Accept Service on Behalf of Geraldine M. Alfieri:

Name:        CHRISTOPHER D. KIERNAN
Title:       Attorney at Law
Address:     78-401 Highway 111, Suite E, La Quinta, CA 92253

*March 1, 2006*                   *Burt L. Alfieri*
Date

BURT L. ALFIERI, individually and in his
capacity as co-trustee of the
Alfieri Family Trust utd June 8, 1976

Agent Authorized to Accept Service on Behalf of Burt L. Alfieri:

Name:        JOSEPH A. ROMAN
Title:       Attorney at Law
Address:     2825 E. Tahquitz Canyon Way, Suite D-1
             Palm Springs, CA 92262

-20-

48

U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Telephone: (415) 972-3894

FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:

_____          _____
Date                         THOMAS M. COTA, Chief
                             Southern California Cleanup Operations Branch
                             Cypress Office
                             Department of Toxic Substances Control
                             5796 Corporate Avenue
                             Cypress, California 90630

FOR CALIFORNIA ATTORNEY GENERAL

_____          _____
Date                         ANN RUSHTON
                             Deputy Attorney General
                             California Department of Justice
                             300 South Spring Street
                             Los Angeles, California 90013

FOR DEFENDANTS

2/17/06                      _Frank J. Alfieri Trustee_
Date                         FRANK J. ALFIERI, individually and in his
                             capacity as trustee of the Alfieri Family Trust  utd
                             April 18, 1994

2/17/06                      _Irene Alfieri (trustee)_
Date                         IRENE ALFIERI, individually and in her
                             capacity as trustee of the Alfieri Family Trust  utd
                             April 18, 1994

Agent Authorized to Accept Service on Behalf of Frank J. Alfieri and Irene Alfieri:

          Name:      FRANK J. ALFIERI
          Title:     Settling Defendant
          Address:   172 Ward Blvd. Oroville, CA 95966

-20-

49

1    U.S. Environmental Protection Agency
     Region 9
2    75 Hawthorne Street
     San Francisco, California 94105
3    Telephone: (415) 972-3894

4
     FOR CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL:
5

6    _____      _____
     Date                    THOMAS M. COTA, Chief
                             Southern California Cleanup Operations Branch
7                            Cypress Office
                             Department of Toxic Substances Control
8                            5796 Corporate Avenue
                             Cypress, California 90630
9
     FOR CALIFORNIA ATTORNEY GENERAL
10

11   _____      _____
     Date                    ANN RUSHTON
                             Deputy Attorney General
12                           California Department of Justice
                             300 South Spring Street
13                           Los Angeles, California 90013

14

15                           FOR DEFENDANT

16   Date: **3·23·06**        *Thomas R Williamson*

17                           Thomas R. Williamson, Jr., Individually
                             Name and address of Settling Defendant
18                           Williamson Couch Co.
                             2103 N. Chico Ave., South El Monte, CA 91733
19   Agent Authorized to Accept Service on Behalf of Above-signed Party:

20        Name:  Peter Niemiec

21        Title:  _____

22        Address: 2314 John Street, Manhattan Beach, CA 90266

23   FOR DEFENDANT

24   Date: **3·23·0**, 2006   *Thomas R Williamson Jr Trustee*

25                           Thomas R. Williamson, Jr.,
                             as Trustee of the Helen O. Williamson Trust
26                           Williamson Couch Co.
                             2103 N. Chico Ave., South El Monte, CA 91733

27

28                              -20-

# APPENDIX A

## LIST OF SETTLING DEFENDANTS, PAYMENT OF SETTLEMENTS AND ADDRESSES FOR NOTICE

### PART ONE

Within thirty days of the effective date of this Consent Decree, the following Settling Defendants shall pay the amounts indicated to EPA in accordance with the procedures set out in Paragraph ,VI,   above.

| SETTLING PARTIES | SETTLEMENT AMOUNTS |
|---|---|
| 1) Deanna Abercombie<br>ADDRESS FOR NOTICE:<br>Todd O. Maiden<br>Reed Smith<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111 | $6,000.00 |
| 2) Aircraft Stamping Company, Inc.<br>ADDRESS FOR NOTICE:<br>Malissa McKeith<br>Lewis Brisbois Bisgaard & Smith<br>221 North Figueroa St., Suite 1200<br>Los Angeles, CA 90012 | $ 5,000.00 |
| 3) Wendlyn H. Albin and John E. Albin<br>ADDRESS FOR NOTICE:<br>Wendlyn H. Albin<br>33981 Nauticus Isle<br>PO Box 3481<br>Dana Point, CA 92629 | $700.00 |
| 4) Artistic Polishing & Plating, Inc.<br>ADDRESS FOR NOTICE:<br>Michael A. Francis<br>Demetriou, DelGuercio, Springer & Francis<br>801 South Grand Avenue, Suite 1000<br>Los Angeles, CA 90017 | $60,000.00 |
| 5) Astronautic Enamelers<br>ADDRESS FOR NOTICE<br>Blanche Felix<br>11017 Montecito Drive<br>El Monte, CA 91731 | $100.00 |

2) Geraldine M. Alfieri, individually and in her capacity as co-trustee of the Alfieri Family Trust, utd June 8, 1976; Burt L. Alfieri, individually and in his capacity as co-trustee of the Alfieri Family Trust, utd June 8, 1976 : $15,000.00 within 30 days of the effective date of this Consent Decree, $15,000.00 plus Interest one year after the effective date, and $15,000.00 plus Interest two years after the effective date. Total settlement $45,000.00 plus applicable Interest

ADDRESS FOR NOTICE:
For Geraldine M. Alfieri:
Christopher D. Kiernan
78-401 Highway 111, Suite E
La Quinta, CA 92253

For Burt L. Alfieri
Joseph A. Roman
2825 E. Tahquitz Canyon Way, Suite D-1
Palm Springs, CA 92262

3) Thomas R. Williamson, Jr., individually and as Trustee of the Helen O. Williamson Trust, for 2210 Chico, South El Monte and 2106 Mountain View Road, El Monte: $ 25,000.00 within 30 days after the effective date of this Consent Decree, $25,000.00 plus Interest one year after the effective date and $25,000.00 plus Interest two years after the effective date. Total settlement $75,000.00 plus applicable Interest.

ADDRESS FOR NOTICE:
Peter Niemiec
2314 John Street
Manhattan Beach, CA 90266